**No. 45803.**—Protests 994864–G, etc., of Allied Purchasing Corp. et al. (New York).

Opinion by OLIVER, P. J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

BEFORE THE THIRD DIVISION, MAY 7, 1941

**No. 45804.**—Protests 54228–K, etc., of Chong Lung et al. (New York).

Opinion by EVANS, J. In accordance with stipulation of counsel and on the authority of *Oy Wo Tong* v. *United States* (5 Cust. Ct. 70, C. D. 372) the protests were sustained.

**No. 45805.**—Protests 973653–G, etc., of Gillespie & Co. of New York et al. (New York).

Opinion by EVANS, J. It was stipulated that the merchandise consists of ginger root similar to that the subject of *Wilson* v. *United States* (28 C. C. P. A. 63, C. A. D. 126). The claim for free entry under paragraph 1768 was therefore sustained.

**No. 45806.**—Protests 964789–G, etc., of B. H. Old & Co. (New York).

Opinion by EVANS, J. It was stipulated that the merchandise consists of ginger root similar to that the subject of *Wilson* v. *United States* (28 C. C. P. A. 63, C. A. D. 126). The claim for free entry under paragraph 1768 was therefore sustained.

**No. 45807.**—Protests 942357–G, etc., of Knickerbocker Mills Co. et al. (New York).

Opinion by EVANS, J. It was stipulated that the merchandise consists of ginger root similar to that the subject of *Wilson* v. *United States* (28 C. C. P. A. 63, C. A. D. 126). The claim for free entry under paragraph 1768 was therefore sustained.